STATE v. SHOFF

No. 244PA95

Case below: 118 N.C.App. 724

Petition by defendant for writ of supersedeas and motion for temporary stay denied 19 June 1995. Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 27 July 1995. Petition by defendant for discretionary review allowed 27 July 1995 only as to the one issue of whether the appeal was interlocutory.

STATE v. SNYDER

No. 210PA95

Case below: 118 N.C.App. 540

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 27 July 1995.

STATE EX REL. COBEY v. COOK

No. 140P95

Case below: 118 N.C.App. 70

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995.

STATE EX REL. TUCKER v. FRINZI

No. 306A95

Case below: 119 N.C.App.(5 July 1995)

Petition by Attorney General for writ of supersedeas allowed 27 July 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 27 July 1995.

TAYLOR v. TAYLOR

No. 191A95

Case below: 118 N.C.App. 356

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 27 July 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 July 1995. Petition by defendant for writ of supersedeas denied 27 July 1995. Motion by plaintiff to dismiss defendant's petition for discretionary review dismissed 27 July 1995.